IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Russell, Antwon T

Printed: 10/22/08

Case Number: 07 B 21132
Judge: Hollis, Pamela S
Filed: 11/11/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 8, 2008
Confirmed: January 14, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,608.57 |  |
| Secured: |  | 6,239.76 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 368.81 |
| Other Funds: |  | 0.00 |
| Totals: | 6,608.57 | 6,608.57 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Joseph P Doyle | Administrative | 2,314.00 | 0.00 |
| 2. | CitiMortgage Inc | Secured | 13,838.58 | 6,010.96 |
| 3. | Ford Motor Credit Corporation | Secured | 5,672.36 | 228.80 |
| 4. | CitiMortgage Inc | Secured | 19,413.82 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 2,040.14 | 0.00 |
| 6. | Capital One | Unsecured | 752.94 | 0.00 |
| 7. | RMI/MCSI | Unsecured | 3,000.00 | 0.00 |
| 8. | Ford Motor Credit Corporation | Unsecured | 7,603.64 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 390.10 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 534.44 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 2,546.55 | 0.00 |
| 12. | Household Tax Masters | Unsecured |  | No Claim Filed |
| 13. | Allied Debt Recovery System | Unsecured |  | No Claim Filed |
| 14. | Charter One Bank | Unsecured |  | No Claim Filed |
| 15. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 16. | Harris & Harris | Unsecured |  | No Claim Filed |
| 17. | Professional Account Management | Unsecured |  | No Claim Filed |
| 18. | Harris & Harris | Unsecured |  | No Claim Filed |
| 19. | Harris & Harris | Unsecured |  | No Claim Filed |
| 20. | MRSI | Unsecured |  | No Claim Filed |
| 21. | Nicor Gas | Unsecured |  | No Claim Filed |
| 22. | Associated Credit | Unsecured |  | No Claim Filed |
|  |  |  | $ 58,106.57 | $ 6,239.76 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Russell, Antwon T | Case Number:  07 B 21132 |
| | Judge:  Hollis, Pamela S |
| Printed: 10/22/08 | Filed:  11/11/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 298.16 |
| 6.5% | 70.65 |
| | $ 368.81 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

